UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JAMIE LEE GOETTLING, an individual; MATTHEW J. PEPPERSACK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPLETE COMPLIANCE LLC, a Connecticut limited liability company, doing business as DOT COMPLIANCE BUREAU,<br><br>Defendant. | Case No. 1:19-cv-00070-CWD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER COMES before the Court on the parties' Stipulation for Dismissal with Prejudice. (Dkt. 27.) Having reviewed the Stipulation and the record before it and finding that good cause exists, IT IS HEREBY ORDERED that the Complaint and causes of action against Defendant in this matter are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees incurred.

DATED: January 15, 2020

_____
Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE – 1